**FILED**



11:41 am, 2/23/22
**U.S. Magistrate Judge**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

☑ Violation Notice ☐ Information ☐ Complaint

vs

Case Number    3:21-PO-01096-MLC-1

CHRISTOPHER J DREWS

Defendant

Violation Charged   Hunting in Wrong/Closed Area   Citation Number   (6395351)

Date Violation Notice Issued   12/08/2021        Place      Grand Teton National Park

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 9:10-9:40                         Interpreter

Date  February 23, 2022                Interpreter Telephone

Before the Honorable  Kelly H. Rankin

| Jessica Jarvis | | Zoom |
|---|---|---|
| Clerk | Probation | Reporter |
| Stephanie Hambrick | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear        Warrant issued on

☑ Appeared   ☑ By telephone

☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☑ Attorney waived

☐ Court orders case continued to                    at

reason:

☐ Bail is set at

☐ P/R-No Amount    ☐ Unsecured    ☐ Cash/Surety

☐ Conditions of release

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**

☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

This consent was made ☐ orally ☐ in writing

---

☑ Informed of charges and rights       Date February 23, 2022

☑ Defendant arraigned       Date February 23, 2022

☑ Court accepts plea       Defendant enters ☑ Guilty       ☐ Not Guilty Plea

☐ Trial     Witnesses

☑ Disposition

      ☐ Not Guilty

      ☑ Guilty       6395351

      ☐ Dismissed

      ☐ Collateral Forfeited

      ☐ *Nolo Contendere*

☐ PSI ordered

☑ Sentence       Date February 23, 2022

☐ Imposition of jail sentence suspended

☐ Committed to custody for a period of

☑ Probation for a period of       six months

      ☐ With Supervision       ☑ Without Supervision

☑ Special Conditions of Probation

Obey all laws, pay fines and community service in full

☑ Fine       200.00       Payable to CVB 03/01/2022

☐ Restitution       To

☑ Community Service 375.00       To       Grand Teton National Park

☑ Special Assessment 10.00

☑ Processing fee: $ 30.00

☐ Defendant advised of right to appeal

☑ Other written judgment to follow