# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
2:51 pm, 2/25/22
U.S. Magistrate Judge

| UNITED STATES OF AMERICA | |
|---|---|
| vs | Case Number(s): 3:21-PO-01096-MLC-1 |
| Christopher J Drews | Defendant's Attorney(s) Waived |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to violation 6395351.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|---|
| 36 CFR 2.2(b)(4) WS 23-3-402 | Hunting:Taking Wrong Sex Animal | 12/08/2021 | 6395351 |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

February 23, 2022
Date of Imposition of Sentence

Kelly H. Rankin
Chief United States Magistrate Judge

2-25-2022
Date

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of six months.

While on probation, the defendant shall not commit another federal, state, tribal, or local crime.

While on probation, the defendant shall not illegally possess a controlled substance. Revocation of probation is mandatory for possession of a controlled substance.

The defendant shall make special assessment, processing fee, community service and fine payments as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| NOTES: | $10.00 | $30.00 | | $375.00 | $200.00 | $615.00 |
| **Totals:** | $10.00 | $30.00 | | $375.00 | $200.00 | $615.00 |

## FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision.  The fine, which is due immediately, is inclusive of all penalties and interest, if applicable.  Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

 The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

    The interest and penalties not be applied to fine and/or restitution.

## RESTITUTION/COMMUNITY SERVICE PAYMENT

The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution | Priority Order of Payment |
|---|---|---|
| | | |
| Grand Teton Association<br>Wildlife Protection Fund<br>Mailed to U.S. Attorney's Office<br>Attn: Financial Litigation Unit<br>P.O. Box 668<br>Cheyenne, WY 82003 | $375.00 | |

Each restitution and community service payment shall be divided proportionately among the payees named unless specified in the priority payment column above.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full immediately.

---

### MONETARY OBLIGATIONS  /  FORFEIT PROPERTY

$375.00  community service payment due in full not later than 03/01/2022, payable to Grand Teton Association Wildlife Protection Fund, Mailed to U.S. Attorney's Office, Attn: Financial Litigation Unit, P.O. Box 668, Cheyenne, WY 82003, , and shall reference the defendant's violation number 6395351, 3:21-PO-01096-MLC-1.

$240.00  due in full not later than 03/01/2022, payable to the Central Violations Bureau, P.O. Box 780549, San Antonio,  TX 78278.  Payment(s) can also be made at www.cvb.uscourts.gov or by calling (800) 827-2982, and shall reference the defendant's violation number 6395351, 3:21-PO-01096-MLC-1.