L. ROBERT MURRAY
United States Attorney
JASMINE M. PETERS (WY Bar # 7-5714)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
jasmine.peters@usdoj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER J. DREWS,<br><br>　　　　　　　Defendant. | Criminal No. 3:21-po-01096-MLC-1 |

## SATISFACTION OF JUDGMENT AS TO MONETARY COMPONENT(S)

The assessment, fine, and/or restitution imposed by the Court in the above-entitled action, having been paid or otherwise settled, the Clerk of the Court may now satisfy the Judgment as to the monetary component(s) only.

DATED this 29th day of March 2022.

　　　　　　　　　　　　　　　　　L. ROBERT MURRAY
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　By:　*/s/ Jasmine M. Peters*
　　　　　　　　　　　JASMINE M. PETERS
　　　　　　　　　　　Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2022, I served a true and correct copy of the foregoing upon Defendant, *pro se*, by depositing with the United States Postal Service, first-class postage prepaid, as follows:

>Christopher J. Drews
>PO Box 7634
>Jackson, WY 83002-7634

>*/s/ Teresa L. Fisher*
>United States Attorney's Office